ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiffs
Express Media Group, LLC and DVD.COM, Inc.

E-FILING

CONFORM AND RETURN ADR

ORIGINAL FILED

MAY 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Express Media Group, LLC and
DVD.COM, Inc.,

                    Plaintiffs,

          vs.

EXPRESS.COM,

                    Defendant.

**COMPLAINT**

C 06 - 03504

WHA

Plaintiffs Express Media Group, LLC ("EMG") and DVD.COM, Inc. ("DVD.COM"), by

their attorneys, Morgan, Lewis & Bockius LLP, for their Complaint in this action allege:

**PARTIES**

1.     EMG is a Nevada limited liability company having its principal place of business

at 5890 W. Jefferson Boulevard, Los Angeles, California 90016.

2.     DVD.COM is a Nevada corporation having its principal place of business at 5890

W. Jefferson Boulevard, Los Angeles, California 90016.

3.     The records of the domain name registrar for the EXPRESS.COM domain name

identify the registrant of the EXPRESS.COM domain name as Moniker Privacy Services, with an

address at 20 SW 27th Avenue, Suite 201, Pompano Beach, Florida 33069 and an e-mail address

at 8422-express.com@domainservice.com. The WHOIS Data for the EXPRESS.COM domain

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3587815.2

COMPLAINT

name is attached hereto as Exhibit A.

4. On information and belief, Moniker Privacy Services is a service provided by the domain name registrar Moniker Online Services, LLC that allows individuals and entities to register domain names anonymously (i.e., without disclosing their identity). As such, the true identity of the current registrant of the EXPRESS.COM domain name is not known.

## DOMAIN NAME REGISTRAR AND REGISTRY

5. The domain name registrar for the EXPRESS.COM domain name is Moniker Online Services, LLC, a limited liability company having its principal place of business at 20 SW 27th Avenue, Suite 201, Pompano Beach, Florida 33069.

6. The domain name registry for the EXPRESS.COM domain name is VeriSign, Inc., a Delaware corporation having its principal place of business at 487 East Middlefield Road, Mountain View, California 94043.

## JURISDICTION AND VENUE

7. This Court has *in rem* jurisdiction over the EXPRESS.COM domain name pursuant to 15 U.S.C. § 1125(d)(2) because it constitutes personal property located within the territorial jurisdiction of the United States and this judicial district.

8. Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II), Plaintiffs were not able to locate the anonymous registrant or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1). Plaintiffs' due diligence in attempting to locate the anonymous registrant is described in Paragraphs 19-20 of this Complaint. Accordingly, Plaintiffs are entitled by statute to bring this *in rem* action.

9. Venue is proper in this judicial district pursuant to 15 U.S.C. § 1125(d)(2) because VeriSign, Inc., the registry of the EXPRESS.COM domain name, is located in this judicial district.

## FACTS RELEVANT TO ALL CLAIMS

10. EMG is in the business of selling movies, video games, and music on the Internet. DVD.COM is a wholly owned subsidiary of EMG, which also sells movies, video games, and music on the Internet.

11.     On May 1, 2001, EMG acquired all right, title, and interest to the EXPRESS.COM domain name and the EXPRESS.COM trademark from Express.com, Inc. by virtue of an Order of the United States Bankruptcy Court for the Central District of California in case number 01-16136-BR.

12.     On September 10, 2002, following EMG's acquisition of the EXPRESS.COM domain name, Express.com, Inc. executed a Registrant Name Change Agreement transferring the EXPRESS.COM domain name to DVD.COM. A copy of the Registrant Name Change Agreement is attached hereto as Exhibit B. In addition, a September 20, 2002, printout of DVD.COM's VeriSign domain name account evidencing DVD.Com's ownership of the EXPRESS.COM domain name is attached hereto as Exhibit C.

13.     Since the transfer of the EXPRESS.COM domain name from Express.com, Inc. to EMG in September of 2002, EMG and DVD.COM have diligently renewed and maintained their ownership of the EXPRESS.COM domain name.

14.     Since at least as early as June of 2001, following EMG's acquisition of the EXPRESS.COM domain name and the EXPRESS.COM trademark, EMG has used its distinctive EXPRESS.COM trademark in connection with selling movies, video games, and music on the Internet and in interstate commerce. Specimens evidencing this use of the EXPRESS.COM trademark are attached hereto as Exhibit D.

15.     On information and belief, despite EMG's and DVD.COM's ownership of the EXPRESS.COM domain name and their rights in the EXPRESS.COM trademark, an anonymous cybersquatter fraudulently induced Network Solutions, LLC to transfer ownership of the EXPRESS.COM domain name to an entity listed as "DNS Admin," without EMG's or DVD.COM's permission or knowledge, on or about November 12, 2004. A copy of the November 12, 2004, WHOIS record for the EXPRESS.COM domain name after the fraudulent transfer is attached as Exhibit E.

16.     Since the fraudulent transfer on or about November 12, 2004, the anonymous cybersquatter has periodically changed the registrant information of the EXPRESS.COM domain name. Since the initial fraudulent transfer to "DNS Admin," the WHOIS record for the

1 | EXPRESS.COM domain name has listed at one point or another the following registrants: Mighty

2 | LLC, Express Corporation, Gregory A. Ricks, and the current registrant, Moniker Privacy

3 | Services. Copies of various WHOIS records evidencing the changing registrants and registrant

4 | addresses since the fraudulent transfer on or about November 12, 2004 are attached hereto as

5 | Exhibit F.

6 |        17.     After illegitimately obtaining ownership of the EXPRESS.COM domain name, the

7 | current registrant uses a service provided by its domain name registrar, Moniker Privacy Services,

8 | to hide its identity.

9 |        18.     On information and belief, DNS Admin, Mighty LLC, Express Corporation,

10 | Gregory A. Ricks, and the current registrant are the same individual or entity, or that at all times

11 | relevant herein, each of these entities or individuals was the agent, employee, partner, joint

12 | venturer, or co-conspirator of the others.

13 |        19.     On May 9, 2006, EMG and DVD.COM sent a notice to the current registrant

14 | informing it that EMG and DVD.COM own all right, title, and interest in the EXPRESS.COM

15 | trademark, that the current registrant's theft, registration, and use of the EXPRESS.COM domain

16 | name constitutes trademark infringement, trademark dilution, and cybersquatting, and that EMG

17 | and DVD.COM intended to initiate legal action under 15 U.S.C. § 1125(d)(2) to protect their

18 | rights. The notice was sent to 20 SW 27th Avenue, Suite 201, Pompano Beach, Florida 33069,

19 | the postal address provided by the current registrant to the registrar. EMG and DVD.COM have

20 | not received a response to their letter. A copy of EMG's and DVD.COM's May 9, 2006 letter to

21 | the current registrant is attached hereto as Exhibit G.

22 |        20.     On May 9, 2006, EMG and DVD.COM also sent a copy of that same notice to the

23 | current registrant via e-mail to 8422-express.com@domainservice.com and

24 | express.com@domainservice.com, the e-mail addresses given by the current registrant to the

25 | registrar. EMG and DVD.COM did not receive bounce back e-mails indicating that the e-mails

26 | sent to 8422-express.com@domainservice.com and express.com@domainservice.com were

27 | undeliverable. EMG and DVD.COM, however, did not receive any response to its e-mails. A

28 | copy of EMG's and DVD.COM's May 9, 2006 e-mail notices are attached hereto as Exhibit H.

1  21.  By virtue of EMG's and DVD.COM's continuous and exclusive use, advertising,

2  and promotion, the EXPRESS.COM trademark has come to symbolize extensive goodwill owned

3  by EMG and DVD.COM.  The EXPRESS.COM trademark and the goodwill associated therewith

4  represent an extremely valuable asset to EMG and DVD.COM.

5  22.  The current registrant's unlawful registration, use, and threatened continued

6  registration of the EXPRESS.COM domain name is likely to cause confusion, to cause mistake,

7  and to deceive as to the origin, source, or sponsorship of the EXPRESS.COM domain name and

8  the EXPRESS.COM trademark among the public and EMG's and DVD.COM's customers, as

9  well as dilution of the distinctiveness and value of EMG's and DVD.COM's famous

10  EXPRESS.COM trademark.

11  23.  The current registrant illegitimately and fraudulently registered the

12  EXPRESS.COM domain name in bad faith, with full knowledge of EMG's and DVD.COM's

13  prior use of the EXPRESS.COM trademark and EMG's and DVD.COM's ownership of the

14  EXPRESS.COM domain name, and with a bad faith intent to profit from the substantial goodwill

15  associated with EMG's and DVD.COM's EXPRESS.COM trademark.  The current registrant's

16  bad faith is evidenced by, among other things, (1) its theft of the EXPRESS.COM domain name

17  from EMG and DVD.COM; (2) its lack of trademark or other intellectual property rights in the

18  EXPRESS.COM domain name and the EXPRESS.COM trademark; (3) its furnishment of

19  anonymous contact information to the domain name registrar; and (4) its past pattern of

20  cybersquatting.

## COUNT I
## CYBERPIRACY UNDER § 1125(d)
## OF THE LANHAM ACT

24  24.  Paragraphs 1-23, above, are realleged and incorporated by reference as if set forth

25  in full.

26  25.  The current registrant's aforesaid acts constitute a bad faith intent to profit from

27  EMG's and DVD.COM's EXPRESS.COM trademark and registering, trafficking in, and using a

28  domain name that is identical to EMG's and DVD.COM's EXPRESS.COM trademark in

violation of EMG's and DVD.COM's rights under the Anticybersquatting Consumer Protection Act of 1999, as amended, 15 U.S.C. § 1125(d).

26. The current registrant's aforesaid acts have caused and will continue to cause great and irreparable injury to EMG and DVD.COM and, unless such acts are restrained by this Court, they will be continued and Plaintiffs will continue to suffer great and irreparable injury.

27. EMG and DVD.COM have no adequate remedy at law.

WHEREFORE, Plaintiffs EMG and DVD.COM pray that the Court:

(i) declare, adjudge, and decree that EMG and DVD.COM are the sole legal and equitable owner of the EXPRESS.COM domain name;

(ii) direct Moniker Online Services, LLC transfer and register the EXPRESS.COM domain name to DVD.COM;

(iii) direct VeriSign, Inc., the domain name registry for the EXPRESS.COM domain name, to change the registrar of record for the EXPRESS.COM domain name to a registrar selected by EMG and DVD.COM; and

(iv) award such other and further relief that this Court may deem just and equitable.

Dated: May 31, 2006                    MORGAN, LEWIS & BOCKIUS LLP


By _____
   Andrew J. Gray IV
   Bruno Tarabichi
   Attorneys for Plaintiff
   Express Media Group, LLC and
   DVD.COM, Inc.

# EXHIBIT A

NetworkSolutions          Login                                    Your cart



## WHOIS Search Results

**Who's Hosting Your Web Site?**
**Get a FREE domain renewal**
**with an annual hosting package.**          **» LEARN MORE**

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.cc

Search by:
(•) Domain Name
( ) NIC Handle
( ) IP Address

### WHOIS Record For

**express.com**

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Moniker.Com Whois Server Version 2.1

The Data in Moniker.Com's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker.Com does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker.Com (or its
systems). Moniker.Com reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: EXPRESS.COM

Registrant [114721]:
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach

FL
33069
US

Administrative Contact [114721]:
    Moniker Privacy Services 8422-EXPRESS.COM@DOMAINSERVICE.COM
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549848445
    Fax:  +1.9549699155

Billing Contact [114721]:
    Moniker Privacy Services 8422-EXPRESS.COM@DOMAINSERVICE.COM
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549848445
    Fax:  +1.9549699155

Technical Contact [114721]:
    Moniker Privacy Services 8422-EXPRESS.COM@DOMAINSERVICE.COM
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549848445
    Fax:  +1.9549699155

Domain servers in listed order:

    NS0.DNSMADEEASY.COM
    NS1.DNSMADEEASY.COM
    NS2.DNSMADEEASY.COM
    NS3.DNSMADEEASY.COM
    NS4.DNSMADEEASY.COM

Record created on:     1994-03-01 00:00:00.0
Database last updated on: 2006-01-08 10:42:46.323
Domain Expires on:     2007-03-02 00:00:00.0


The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | MONIKER ONLINE SERVICES, INC. |
| IP Address: | 64.40.102.44  (ARIN & RIPE IP search) |
| IP Location: | CA(CANADA)-BRITISH COLUMBIA-VANCOUVER |
| Record Type: | Domain Name |
| Server Type: | Indeterminate |
| Lock Status: | REGISTRAR-LOCK |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Express.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 1 |
| Data as of: | 03-Oct-2005 |



**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.

Go //



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Go //

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet M



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.





"An outstanding customer service experience"
- J.D. Power & Associates

# EXHIBIT B



| | Send this Agreement via fax to:<br>VeriSign, Inc.<br>Attn: Registrant Change Group<br>Priority Service: fax (703) 464-4861<br>Standard Service: fax (703) 742-6950 |
|---|---|

## Registrant Name Change Agreement
## Version 4.0 – Transfers

- To successfully complete this form, you will need the WHOIS record for the domain name. The WHOIS database can be found at URL http://www.netsol.com.
- Be sure all fields are completed in full.
- Once this form is complete, verify the information, read it, sign it and date it.
- An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form.
- An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's signature.
- Make a copy of the Agreement for your records, then fax it to VeriSign at one of the numbers shown above.
- Or, if this domain name is the subject of litigation or a trademark dispute, send this agreement to VeriSign via fax at (703) 742-6950 or via postal mail to: 21355 Ridgetop Circle, Attention: Legal, Dulles VA 20166. Fax preferred.
- Processing of the Registrant Name Change Agreement will take 7 to 10 business days. The New Registrant will be notified upon successful completion of the Registrant Name Change Agreement.
- Please be sure to include the credit card information requested at the end of the form to allow VeriSign to collect the Registrant Name Change Agreement processing fee of $15 per domain name.
- Can't wait 7 to 10 business days? Our Priority Registrant Name Change Service takes only two business days! For $199 per domain name, we will process your Registrant Name Change Agreement in one to two business days after receiving a complete and correct Registrant Name Change Agreement.
- If you have any questions, please contact Customer Service at 1-888-642-9675 from the U.S. and Canada or +1 (703) 742-0914 from international locations.

| Domain Name | One per Registrant Name Change Agreement | |
|---|---|---|
| Choose Your Service Level | ___I choose the **Priority Registrant Name Change Service**. My RNCA will be processed in one to two business days.* I'll send this form via fax to (703) 464-4861. | ___I choose the **Standard Registrant Name Change Service**. My RNCA will be processed in 7 to 10 business days. I'll send this form via fax to (703) 742-6950. |
| | *For $199 per domain name change, we will process your Registrant Name Change Agreement in one to two business days after receiving a complete and correct Registrant Name Change Agreement. The one to two business day turnaround for Priority Registrant Name Change Service is contingent upon VeriSign receiving complete and correct requests by 6:00 PM Eastern Standard Time each business day. Priority Service requests received after 6:00 PM will be processed beginning on the next business day. To speak with a dedicated Priority RNCA representative, dial 1-877-379-3532 from the U.S. and Canada. Internationally, call +1 (703) 834-0433. Representatives are available from 9 AM to 6 PM Monday through Friday, Eastern Time. | |
| Transfer the registration for the domain name from: | As per the WHOIS record (URL http://www.netsol.com)<br><br>See Attached List. | |
| Current Registrant's Address | Enter the Registrant's Street Address, City, State, Country and ZIP if applicable. | |
| | If the address you have entered above is different than the WHOIS record (URL **http://www.netsol.com**), please explain below.<br><br>express.com<br>7083 Hollywood Blvd., Los Angeles, CA 90028 | |

| Domain Name | Registrant Name | Expiration Date |
|---|---|---|
| EXPRESS.COM | express.com | 10/26/05 |
| | | |
| | | |

| | |
|---|---|
| **Transfer the registration for the domain name to:** | Enter the name of the New Registrant as it is to appear in VeriSign's database<br><br>DVD.COM, INC. |
| **New Registrant's Address** | Enter the correct address of the New Registrant<br>5890 W. Jefferson Blvd., Los Angeles, CA 90016 |
| | Enter the email address of the New Registrant<br>HOSTMASTER@DVD.COM |
| | Enter the phone number of the New Registrant<br>(310) 202-7646 |
| **New Registrant Contact Information**<br>(Note: if this information is not provided, the Signor information will be used) | Enter the name for the person who will act as the Administrative Contact for the domain name<br>Susan H. Tregub, Esq. |
| | Enter the Administrative Contact's Street Address, City, State, Country and ZIP if applicable<br>5890 W. Jefferson Blvd., Los Angeles, CA 90016 |
| | Enter the Administrative Contact's Email Address<br>stregub@grayboxllc.com |
| | Enter the Administrative Contact's Phone Number<br>(310) 202-7646 ext. 390 |
| | Enter the name for the person who will act as the Technical Contact for the domain name.<br>DVD HOSTMASTER |
| | Enter the Technical Contact's Street Address, City, State, Country and ZIP if applicable<br>5890 W. Jefferson Blvd., Los Angeles, CA 90016 |
| | Enter the Technical Contact's Email Address<br>HOSTMASTER@DVD.COM |
| | Enter the Technical Contact's Phone Number<br>(310) 202-7646 |
| | Note: When the New Registrant's account is created, the billing contact information will default to the New Registrant information. Once the account is active, the Registrant can access the account using the Manage Account tab at www.netsol.com and modify the billing information as necessary. |
| **Domain Name Server Information** | Enter the address for the Primary Name Server for the domain (example: ns1.yourispname.com)<br>216.52.254.1 |
| | Enter the address for the Secondary Name Server for the domain (example: ns1.yourispname.com)<br>216.52.254.33 |
| **New Registrant Account Information** | If you have an existing VeriSign account that you want the domain name to reside in, please enter the account number here.<br>N/A |

| | |
|---|---|
| | Enter your existing password or, if you do not have an existing VeriSign account password, enter the password you want to be associated with your account (4 – 8 characters).<br><br>EXPDVD |
| | In case you forget your password, our Customer Service representatives will use your response to the following question to confirm your identity.<br>Choose your password security question:<br>___ Last 4 digits of your social security number?<br>___ What is your mother's maiden name?<br>XX What city were you born in?<br>___ What is the first school you attended? |
| | Please enter the answer to the chosen question below (up to 255 characters)<br><br>Washington D.C. |
| **Terms and Conditions** | The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto.<br><br>WHEREAS the Registrant and VeriSign, Inc. ("VeriSign") have entered into a Domain Name Registration Agreement or Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");<br><br>WHEREAS the New Registrant desires to register the Domain Name with VeriSign and to that end has reviewed the text version of the Service Agreement found at https://www.netsol.com/en_US/legal/static-service-agreement.jhtml and agrees to its terms for registration of the Domain Name;<br><br>WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is hereby acknowledged, the parties agree as follows:<br><br>1. Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges VeriSign from all obligations under the Agreement. The Registrant releases VeriSign from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to VeriSign. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes VeriSign to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.<br><br>2. New Registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of VeriSign's' Service Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to VeriSign, agrees to be bound by and to perform in accordance with the terms and conditions of VeriSign's current Service Agreement, incorporated herein by reference, which includes VeriSign's current Domain Name Dispute Policy. The New Registrant also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of VeriSign's current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.<br><br>3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon VeriSign's transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant.<br><br>4. Payment of the Registrant Name Change Agreement Processing Fee: Either the New Registrant or the Current Registrant agrees to pay VeriSign the Standard Registrant Name Change Agreement processing fee or the Priority Service Registrant Name Change Agreement processing fee, based on the selection made in this Agreement, by providing appropriate credit card information as requested below. |
| **Signature Block** | **Current Registrant must complete below:** \| **New Registrant must complete below:**<br>The undersigned represent and warrant that they possess the authority to legally bind the current and new registrant, respectively, of the domain name being transferred as per the Registrant Name Change Agreement. |

| | |
|---|---|
| Organization<br>Express.com | Organization<br>DVD.com, INC. |
| Signature | Signature |
| Signor's Name (please print)<br>R. Todd Neilson | Signor's Name (please print)<br>Susan H. Tregub. Esq. |
| Signor's Active Email Address<br>TNeilson@NELLP.com | Signor's Active Email Address<br>stregub@graybox llc.com |
| Signor's Phone Number<br>(310) 282-9911 | Signor's Phone Number<br>(310) 202-7646 ext. 390 |
| Date<br>September 10, 2002 | Date<br>9/9/02 |

**Notarization**

A notary public or its foreign equivalent must certify the Current Registrant's signature

County of: _____

State of: _____

The foregoing instrument was signed before me by the person whose name appears in the Current Registrant's signature block.

Notary's Name (printed): _____
Notary's Signature: _____
Date of notarization: _____
My commission expires: _____

**Payment Information**

I agree to pay the Registrant Name Change Agreement processing fee of $15 per domain name (Standard Service) or $199 per domain name (Priority Service) as selected above. Below is my credit card information for this transaction. I understand that VeriSign can only accept payment for this transaction via credit card. Checks and money orders are not accepted as payment for the Registrant Name Change Agreement processing fee.

Credit Card Type: _____
Credit Card Number: _____
Expiration Date: _____
Cardholder Name (printed): _____
Cardholder Street Address: _____
City, State, Zip Code: _____
Cardholder Signature: _____
Today's Date: _____
Cardholder's Daytime Phone Number: _____
Card Identification Number: _____

Please fax this signed form to (703) 464-4861 (Priority Service) or (703) 742-6930 (Standard Service).

Did you remember to:

*have your document signed by someone with the ability to legally bind your organization? For an organization, this includes people with titles such as CEO, Owner and President.
*make sure the domain name registration is in a paid status? If not, check the payment status now on our home page at www.netsol.com. From this page, click on the Manage Account tab at the top of the page, then choose Pay for my new domain in the Quick Actions box at the bottom of the page. Enter your domain name and click OK.
*have the current registrant's signature witnessed by a Notary Public? The signature dates for the current registrant and the Notary Public must match.

# EXHIBIT C







| HOME | DOMAIN NAMES | WEB SITES | SECURITY | OTHER SERVICES | ACCOUNT MANAGER | RENEW SERVICES |
|------|--------------|-----------|----------|----------------|-----------------|----------------|

VIEW ORDER | WH(

Domain Manager | Contact Manager | Host Manager | Account Login

# ▶Account Manager Overview

**RENEWAL CENTER**

Welcome, ContactFirstName ContactLastName

Account Number/Usernan

**Note:** It may take up to 48 hours for products and services to appear in your account.*

**REFRESH**

Manage My Account

**View My Domain Names**

**View My Web Sites**

<<Previous        Domains In Your Account        1 of 2 | Next >>

View My E-Mail Accounts

View My Information

View My Other Services

View Unconfigured

View All Account Services

View Transfer Status

| | |
|---|---|
| alumnidvd.com | gamesntoys.com |
| animewink.com | goodshops.com |
| arcadegamefan.com | hometheater.net |
| avatarcreation.com | hometheatre.com |
| collegedvd.com | lowbuys.net |
| dvd.com | lowbuys.org |
| dvdbeat.com | mindexpress.com |
| dvdexpress.com | pcgamefan.com |
| dvdkids.com | ronninmedia.com |
| dvdnow.com | shinnomedia.com |
| dvdxpress.com | shoppersgateway.com |
| entr.net | startreksale.com |
| eq-event.com | startreksales.com |
| eq-event.net | studioexpress.com |
| eq-event.org | tech-base.com |
| eurodvdexpress.com | thebeststores.com |
| express.com | tronitris.com |
| gamecave.com | tronitris.net |
| gamefan-leagues.com | tronitris.org |
| gamefan-leagues.net | xpressbooks.net |
| gamefan-leagues.org | xpressbooks.org |
| gamefan-network.com | xpressgames.com |
| gamefan-network.net | xpressgames.net |
| gamefan-network.org | xpressgames.org |
| gamefannetwork.net | xpressmedia.net |

**Quick Actions**

Renew Services

Personalize Login

Consolidate Accounts

Change Billing Address

Domain System Upgrade FAQs

* If you have placed an order and your items do not appear above, please click Refresh Acco
have requested a domain in a new extension, your domain will not show up in your Account
been accepted and fulfilled by the Registry.

Back to Top          About Us          Partnerships          Contact Us          Site

Review our Privacy Policy, Service Agreement, Legal Notice and Disclaimer.

© Copyright 2002 VeriSign. Inc. All rights reserved.



 

VeriSign
The Value of Trust™

| HOME | DOMAIN NAMES | WEB SITES | SECURITY | OTHER SERVICES | ACCOUNT MANAGER | RENEW SERVICES |

VIEW ORDER | Q WHO

Domain Manager | Contact Manager | Host Manager | Account Login

# ▶Account Manager Overview

**RENEWAL CENTER**

Welcome, ContactFirstName ContactLastName

Account Number/Usernan

---

**Manage My Account**

· **View My Domain Names**

· **View My Web Sites**

· **View My E-Mail Accounts**

· **View My Information**

· **View My Other Services**

· **View Unconfigured**

· **View All Account Services**

· **View Transfer Status**

**Note:** It may take up to 48 hours for products and services to appear in your account.*

**REFRESH**

<<Previous         **Domains In Your Account**         2 of 2 | Next >>

xpressmedia.org
xpressmovies.com
xpressmovies.net
xpressmovies.org
xpressmusic.net
xpressmusic.org
xpresssports.com

xpresssports.net
xpresssports.org
xpresstoys.com
xpresstoys.net
xpresstoys.org
xpresstunes.com
xpresstunes.net
xpresstunes.org

**Quick Actions**

Renew Services

Personalize Login

Consolidate Accounts

Change Billing Address

Domain System Upgrade FAQs

* If you have placed an order and your items do not appear above, please click Refresh Acco have requested a domain in a new extension, your domain will not show up in your Account t been accepted and fulfilled by the Registry.

---

**Back to Top**          **About Us**          **Partnerships**          **Contact Us**          Site

Review our Privacy Policy, Service Agreement, Legal Notice and Disclaimer.
© Copyright 2002 VeriSign, Inc. All rights reserved.



# EXHIBIT D



express.com

PRIORITY MAIL
UNITED STATES POSTAL SERVICE



express.com

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

► ► Pull Tab To Open



express.com

























# EXHIBIT E



XML Powered

# Whois Source

sponsored in part by

| Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us |

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Member Area - Logout

| | |
|---|---|
| **Domain:** | **express.com** |
| **Cache Date:** | **2004-11-12** |
| **Registrar:** | **NETWORK SOLUTIONS, LLC.** |

Registrant:
DNS Admin
ATTN: EXPRESS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA. 20172-0447

    Domain Name: EXPRESS.COM

    Administrative Contact, Technical Contact:
    DNS Admin     af8rc9823v78networksolutionsprivateregistration.com
    ATTN: EXPRESS.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA 20172-0447
    570-708-8780

    Record expires on 02-Mar-2006.
    Record created on 01-Mar-1994.

    Domain servers in listed order:

    NS1.HITFARM.COM      64.40.99.12
    NS2.HITFARM.COM      64.40.102.12

---

SERVICE OF nameintelligence

Whois | About us | Reverse IP | Whois History | Mark Alert | XML Name Spinner | Holiday Members | Silver Membership | Domain News | Web Hosting | Whois Privacy | Site Map

Simliar: eNom's Domain Name

Copyright © 1998-2005 All rights reserved. Patents Pending.

# EXHIBIT F


Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Member Area - Logout

| | |
|---|---|
| **Domain:** | **express.com** |
| **Cache Date:** | **2004-11-29** |
| **Registrar:** | **NETWORK SOLUTIONS, LLC.** |

Registrant:
Mighty LLC
ATTN: EXPRESS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA. 20172-0447

Domain Name: EXPRESS.COM

Administrative Contact:
Mighty LLC
ATTN: EXPRESS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
570-708-8780

qj2dc9626df@networksolutionsprivateregistration.com

Technical Contact:
Network Solutions, LLC. (HOST-ORG)
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

customerservice@networksolutions.com

Record expires on 02-Mar-2006.
Record created on 01-Mar-1994.

Domain servers in listed order:

NS1.HITFARM.COM          64.40.99.12
NS2.HITFARM.COM          64.40.102.12


Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Member Area - Logout

**Domain:** **express.com**
**Cache Date:** **2005-02-18**
**Registrar:** **NETWORK SOLUTIONS, LLC.**

Registrant:
Express Corporation
ATTN: EXPRESS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA. 20172-0447

   Domain Name: EXPRESS.COM

   Administrative Contact:
    Express Corporation
    ATTN: EXPRESS.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA 20172-0447
    570-708-8780

   Technical Contact:
    Network Solutions, LLC.  (HOST-ORG)
    13200 Woodland Park Drive
    Herndon, VA 20171-3025
    US
    1-888-642-9675 fax: 571-434-4620

   Record expires on 02-Mar-2006.
   Record created on 01-Mar-1994.

   Domain servers in listed order:

    NS1.HITFARM.COM          64.40.99.12
    NS2.HITFARM.COM          64.40.102.12

XML Powered

# Whois Source

sponsored in part by

DOMAIN
SPONSOR .COM

<u>Whois Source</u> | <u>Mark Alert</u> | <u>Internet Statistics</u> | <u>Domain News</u> | <u>Whois Directory</u> | <u>Webmaster Information</u> | <u>XML API Partners</u> | <u>Registry Partners</u> | <u>Newsletter</u> | <u>About us</u>

<u>Reverse IP</u> - <u>Bulk Check</u> - <u>Preferences</u> - <u>Remote Search</u> - <u>Shopping Cart</u> - <u>Member Area</u> - <u>Logout</u>

**Domain:** **express.com**

**Cache Date: 2005-03-01**

**Registrar:** **MONIKER ONLINE SERVICES, INC.**

Moniker.com Whois Server Version 2.0

Domain Name: EXPRESS.COM

Registrant:
    Express Corporation
    Copthall
    P.O. Box 2331
    Roseau
    Dominica
    DM
    00152

Administrative Contact:
    Admin, Domain (NIC-8933)   express@sent.com
    Express Corporation
    Copthall
    P.O. Box 2331
    Roseau
    Dominica,  DM
    00152
    Phone: 7074901548

Billing Contact:
    Admin, Domain (NIC-8933)   express@sent.com
    Express Corporation
    Copthall
    P.O. Box 2331
    Roseau
    Dominica,  DM
    00152
    Phone: 7074901548

Technical Contact:

( )dmin, Domain (NIC-8933) express0s( .com
Express Corporation
Copthall
P.O. Box 2331
Roseau
Dominica, DM
00152
Phone: 7074901548

Domain servers in listed order:

NS1.HITFARM.COM
NS2.HITFARM.COM

Record created on 1994-03-01 00:00:00.0
Domain Expires on 2007-03-02 00:00:00.0

Whois | About us | Reverse IP | Whois History | Mark
Alert | XML Name Spinner | Holiday
Members | Silver Membership | Domain News | Web
Hosting | Whois Privacy | Site Map

Simliar: eNom's
Domain Name

Copyright ©
1998-2005
All rights
reserved.
Patents Pending.

XML Powered

# Whois Source

sponsored in part by



Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Member Area - Logout

**Domain:**      **express.com**
**Cache Date:**  **2005-03-04**
**Registrar:**   **MONIKER ONLINE SERVICES, INC.**

Moniker.com Whois Server Version 2.0

Domain Name: EXPRESS.COM

Registrant:
        Gregory A. Ricks
        4980 Dilly Shaw Tap Road
        Bryan
        TX
        US
        77808

Administrative Contact:
        Ricks, Gregory (NIC-24172) gr@motherboards.com
        Gregory A. Ricks
        4980 Dilly Shaw Tap Road
        Bryan
        TX, US
        77808
        Phone: 9797780173

Billing Contact:
        Ricks, Gregory (NIC-24172) gr@motherboards.com
        Gregory A. Ricks
        4980 Dilly Shaw Tap Road
        Bryan
        TX, US
        77808
        Phone: 9797780173

Technical Contact:
        Ricks, Gregory (NIC-24172) gr@motherboards.com
        Gregory A. Ricks
        4980 Dilly Shaw Tap Road



XML Powered

# Whois Source

sponsored in part by
Reseller Hosting
QUICKHOST
Anonymous Tech Support



| Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us |

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Member Area - Logout

**Domain:**       **express.com**
**Cache Date:** **2005-03-23**
**Registrar:**   **MONIKER ONLINE SERVICES, INC.**

Moniker.com Whois Server Version 2.0

Domain Name: EXPRESS.COM

Registrant:
        Express Corporation
        Copthall
        P.O. Box 2331
        Roseau
        Dominica
        DM
        00152

Administrative Contact:
        Admin, Domain (NIC-8933)  express@sent.com
        Express Corporation
        Copthall
        P.O. Box 2331
        Roseau
        Dominica,  DM
        00152
        Phone: 7074901548

Billing Contact:
        Admin, Domain (NIC-8933)  express@sent.com
        Express Corporation
        Copthall
        P.O. Box 2331
        Roseau
        Dominica,  DM
        00152
        Phone: 7074901548

Technical Contact:

# EXHIBIT G

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

**Andrew J. Gray IV**
Partner
650.843.7575
agray@morganlewis.com

May 9, 2006

**BY E-MAIL TO:** express.com@domainservice.com; 8422-express.com@domainservice.com

**BY FACSIMILE TO:** (954) 969-9155

**BY MAIL TO:**

Moniker Privacy Services
20 SW 27th Ave.
Suite 101
Pompano Beach, Florida

Re:     Infringing registration of www.express.com and
        notice of intent to proceed under 15 U.S.C. § 1125(d)(2)

To the Registrant of www.express.com:

We represent Express Media Group, LLC and DVD.COM, Inc. (collectively "EMG") in trademark and unfair competition matters. As you may know, EMG is in the business of selling movies, video games and music online.

In this regard, EMG owns common law rights in the EXPRESS.COM trademark in connection with its online business selling movies, video games and music. As a result of widespread use of the EXPRESS.COM trademark and www.express.com domain name since at least as early as June 2001, the EXPRESS.COM trademark and the www.express.com domain name have become well-known among customers as identifying EMG and represent substantial goodwill.

As you likely know, the www.express.com domain name was stolen from EMG in 2004. As you have registered the www.express.com domain name and are using EMG's distinctive EXPRESS.COM trademark to provide links to online retailers and companies, your unauthorized use of the EXPRESS.COM trademark and www.express.com domain name is likely to cause confusion, mistake, and deception among consumers so that consumers will believe that your infringing use is sponsored, licensed, or authorized by EMG.

1-PA/3587020.1



Such unauthorized use of EMG's EXPRESS.COM trademark constitutes, among other things, federal trademark infringement under 15 U.S.C. § 1114, federal unfair competition under 15 U.S.C. § 1125, federal trademark dilution under 15 U.S.C. § 1125, federal cybersquatting under 15 U.S.C. § 1125, and related legal violations under the laws of various states, including California. Please note that your infringing use of EMG's EXPRESS.COM trademark, particularly with notice, could subject it to a finding of willful infringement and liability to EMG for treble damages, as well as costs and attorneys' fees for bringing a lawsuit to rectify the situation.

EMG must protect the substantial investment it has made in its EXPRESS.COM trademark and www.express.com domain name against such unauthorized use. Accordingly, we demand that by **Monday, May 15, 2006,** you transfer the www.express.com domain name to EMG. In the absence of a favorable response and transfer of the domain name by May 15, 2006, this letter constitutes notice of EMG's intent to proceed with an *in rem* cybersquatting civil action pursuant to 15 U.S.C. § 1125(d)(2).

We look forward to your prompt response.

Sincerely,

Andrew J. Gray IV



Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3300 El Camino Real, Suite 700
Palo Alto, California 94306
TEL: 650.843.4000
FAX: 650.843.4001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

## FAX MESSAGE

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**SEND TO**

Name:      Firm: **Moniker Privacy Services**

FAX Number: 954-969-9155    Telephone Number:

**FROM**

Name: Andrew J. Gray IV    Date Sent: May 9, 2006

Operator Sending: Colette Aragón    Telephone Number: 650.843.7591

MP064048

FAX Number: 650.843.4001    Floor: 8    Number of Pages: *(including cover page)* 3

**COMMENTS** 065836-0002

Infringing registration of www.express.com and notice of intent to proceed under 15 U.S. C § 1125(d)(2)

**FAXED**
MAY 0 9 2006
By

JOB #260

```
       DATE   TIME        TO/FROM        MODE     MIN/SEC    PGS    STATUS
001   5/09   14:09      9549699155     EC--S     00'41"     003    OK
```

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3300 El Camino Real, Suite 700
Palo Alto, California 94306
TEL: 650.843.4000
FAX: 650.843.4001
www.morganlewis.com

# Morgan Lewis
### COUNSELORS AT LAW

## FAX MESSAGE

| SEND TO | | |
|---|---|---|
| Name: | Firm: | Moniker Privacy Services |
| FAX Number: | 954-969-9155 | Telephone Number: |

| FROM | | |
|---|---|---|
| Name: | Andrew J. Gray IV | Date Sent: | May 9, 2006 |
| Operator Sending: | Colette Aragón MP064048 | Telephone Number: | 650.843.7591 |
| FAX Number: | 650.843.4001 | Floor: 8 | Number of Pages: *(including cover page)* | 3 |

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

| COMMENTS | 065836-0002 |
|---|---|

Infringing registration of www.express.com and notice of intent to proceed under 15 U.S. C § 1125(d)(2)

# EXHIBIT H



**Colette Aragon/PA/MLBLaw**
05/09/2006 02:22 PM

To  express.com@domainservice.com,
      8422-express.com@domainservice.com
cc  Andrew J. Gray IV/PA/MLBLaw@MorganLewis, Bruno W.
      Tarabichi/PA/MLBLaw@MorganLewis
bcc
Subject  Infringing registration of www.express.com and notice of
         intent to proceed under 15 U.S. C § 1125(d)(2)

*Sent of Behalf of Andrew J. Gray IV*



5-9-06 Infringing Registration of www.express.com .pdf

Dear Sirs:

Please see attached document.

Thank you,

Colette Aragón
Secretary to Andrew J. Gray IV and
Bruno W. Tarabichi
Morgan, Lewis & Bockius
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Dir. 650-843-7591
Fax: 650-843-4001

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

**Andrew J. Gray IV**
Partner
650.843.7575
agray@morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

May 9, 2006

**BY E-MAIL TO:** express.com@domainservice.com; 8422-express.com@domainservice.com

**BY FACSIMILE TO:** (954) 969-9155

**BY MAIL TO:**

Moniker Privacy Services
20 SW 27th Ave.
Suite 101
Pompano Beach, Florida

Re:     Infringing registration of www.express.com and
        notice of intent to proceed under 15 U.S.C. § 1125(d)(2)

To the Registrant of www.express.com:

We represent Express Media Group, LLC and DVD.COM, Inc. (collectively "EMG") in trademark and unfair competition matters. As you may know, EMG is in the business of selling movies, video games and music online.

In this regard, EMG owns common law rights in the EXPRESS.COM trademark in connection with its online business selling movies, video games and music. As a result of widespread use of the EXPRESS.COM trademark and www.express.com domain name since at least as early as June 2001, the EXPRESS.COM trademark and the www.express.com domain name have become well-known among customers as identifying EMG and represent substantial goodwill.

As you likely know, the www.express.com domain name was stolen from EMG in 2004. As you have registered the www.express.com domain name and are using EMG's distinctive EXPRESS.COM trademark to provide links to online retailers and companies, your unauthorized use of the EXPRESS.COM trademark and www.express.com domain name is likely to cause confusion, mistake, and deception among consumers so that consumers will believe that your infringing use is sponsored, licensed, or authorized by EMG.

1-PA/3587020.1


Such unauthorized use of EMG's EXPRESS.COM trademark constitutes, among other things, federal trademark infringement under 15 U.S.C. § 1114, federal unfair competition under 15 U.S.C. § 1125, federal trademark dilution under 15 U.S.C. § 1125, federal cybersquatting under 15 U.S.C. § 1125, and related legal violations under the laws of various states, including California. Please note that your infringing use of EMG's EXPRESS.COM trademark, particularly with notice, could subject it to a finding of willful infringement and liability to EMG for treble damages, as well as costs and attorneys' fees for bringing a lawsuit to rectify the situation.

EMG must protect the substantial investment it has made in its EXPRESS.COM trademark and www.express.com domain name against such unauthorized use. Accordingly, we demand that by **Monday, May 15, 2006**, you transfer the www.express.com domain name to EMG. In the absence of a favorable response and transfer of the domain name by May 15, 2006, this letter constitutes notice of EMG's intent to proceed with an *in rem* cybersquatting civil action pursuant to 15 U.S.C. § 1125(d)(2).

We look forward to your prompt response.

Sincerely,

Andrew J. Gray IV