1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5
   Attorneys for Plaintiffs
6  Express Media Group, LLC and DVD.COM, Inc.

CONFORM AND RETURN     E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
MAY 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Express Media Group, LLC and
DVD.COM, Inc.,

        Plaintiffs,

   vs.

EXPRESS.COM,

        Defendant.

CERTIFICATION OF INTERESTED PARTIES

C06-03504 WHA

Pursuant to Local Rule 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Express Investment Group, LLC and David Bernstein.

Dated: May 31, 2006                         MORGAN, LEWIS & BOCKIUS LLP

                                            By /s/ Andrew J. Gray IV
                                               Andrew J. Gray IV
                                               Bruno Tarabichi
                                               Attorneys for Plaintiff
                                               Express Media Group, LLC
                                               and DVD.COM, Inc.

1-PA/3590282.1                              CERTIFICATION OF INTERESTED PARTIES