ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel:  650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiffs
Express Media Group, LLC and DVD.COM, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Express Media Group, LLC and DVD.COM, Inc.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>EXPRESS.COM,<br><br>                    Defendant. | Case No. 06 CV 03504 WHA<br><br>**NOTICE OF FILING OF PROOF OF SERVICE OF PROCESS OF COMPLAINT UPON DEFENDANT EXPRESS.COM** |

Attached hereto is the Summons and affidavit providing proof of service of process of the Complaint upon EXPRESS.COM in this action.

Dated: June 14, 2006                              MORGAN, LEWIS & BOCKIUS LLP


                                                  By    /s/ Bruno Tarabichi
                                                     Andrew J. Gray IV
                                                     Bruno Tarabichi
                                                     Attorneys for Plaintiff
                                                     Express Media Group, LLC and
                                                     DVD.COM, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3592362.1                                                            CASE NO. 06 3504 WHA

**FILING OF PROOF OF SERVICE UPON EXPRESS.COM**

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On June 14, 2006, I caused copies of the attached document(s) described as follows:

**NOTICE OF FILING OF PROOF OF SERVICE OF PROCESS OF COMPLAINT UPON DEFENDANT EXPRESS.COM**

to be served on:

EXPRESS.COM
c/o Moniker Privacy Services
20 SW Avenue, Suite 201
Pompano Beach, FL 33069
email addresses: 8422-express.com@domainservice.com;
express.com@domainservices.com

_____ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

__X__ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

_____ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

_____ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

__X__ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on June 14, 2006.

Colette C. Aragón

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Express Media Group, LLC and
DVD.COM, Inc.,

V.

EXPRESS.COM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C06-03504 WHA

TO: (Name and address of defendant)

EXPRESS.COM
c/o Moniker Privacy Services
20 SW 27th Avenue, Suite 201
Pampano Beach, FL 33069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Gray IV
Bruno W. Tarabichi
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*/signature/* Betty J. Walton
(BY) DEPUTY CLERK

DATE  May 31, 2006

1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5
   Attorneys for Plaintiffs
6  Express Media Group, LLC and DVD.COM, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  Express Media Group, LLC and        Case No. C06 03504 WHA
    DVD.COM, Inc.,
12
                    Plaintiffs,         **CERTIFICATE OF SERVICE**
13
             vs.
14
    EXPRESS.COM,
15
                    Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On June 8, 2006, I caused copies of the attached document(s) described as follows:

**COMPLAINT; SUMMONS; CERTIFICATION OF INTERESTED PARTIES; SCHEDULING ORDER; ADR INFORMATION**

to be served on:

EXPRESS.COM
c/o Moniker Privacy Services
20 SW 27th Avenue, Suite 201
Pompano Beach, FL 33069
email addresses: 8422-express.com@domainservice.com;
express.com@domainservices.com

_____(BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

X____ BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

X____(BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

_____(BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

_____(BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on June 8, 2006.

_____
Colette C. Aragón

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3591594.1

CERTIFICATE OF SERVICE; CASE NO.: C06-03504 WHA