IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXPRESS MEDIA GROUP, LLC and
DVD.COM, INC.,

    Plaintiffs,

  v.

EXPRESS.COM,

    Defendant.

No. C 06-03504 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference.

    **IT IS SO ORDERED.**

Dated: September 8, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE