1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   EXPRESS MEDIA GROUP, LLC, and              No. C 06-03504 WHA
     DVD.COM, INC.,
11
                  Plaintiffs,
12                                              **ORDER DENYING**
     v.                                         **PARTIES' REQUEST TO**
13                                              **EXTEND DEADLINES**
                                                **SET FORTH IN THE CASE**
     EXPRESS.COM,                               **MANAGEMENT ORDER**
14
                  Defendant.
15   _____/
16
17        The parties have not shown good cause for their request to extend the deadlines in the

18   case management order by 90 days.  Accordingly, the parties' request is **DENIED.**

19
20        **IT IS SO ORDERED.**
21
22   Dated:  October 31, 2006
                                                _____
23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**United States District Court**
For the Northern District of California