United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MEDIA GROUP, LLC, and DVD.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS.COM, <br><br> Defendant. / | No. C 06-03504 WHA <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO ADD NEW PARTIES AND FILE FIRST AMENDED COMPLAINT AND VACATING HEARING** |

In this action alleging cyberpiracy under 15 U.S.C. 1125(d), plaintiffs move for leave to file an amended complaint and to add new parties.

Express Media Group LLC and DVD.com, Inc. acquired the domain name express.com in 2001. Allegedly, an anonymous entity fraudulently induced a domain-name registrar into transferring ownership of the express.com domain name without plaintiffs' permission. Plaintiffs were unable to discover the identity of new domain-name registrant as it was registered anonymously. They filed a complaint on May 31, 2006, naming express.com as a defendant under the *in rem* provisions of 15 U.S.C. 1125(d)(2).

Gregory Ricks, owner of Express Corporation, appeared at the case management conference held September 14, 2006. He later filed an answer that alleged that he and Express Corporation had registered the express.com domain name. Discovery is ongoing, but plaintiffs still do not know the identities of other parties involved in the alleged domain-name theft.

Plaintiff now moves to file a first amended complaint and add Gregory Ricks and Express Corporation as defendants.  Defendant filed a statement of non-opposition.

Leave to amend a complaint shall be freely given when justice so requires under FRCP 15(a).  Absent a showing of bad faith, dilatory motive, or undue prejudice to another party, leave to amend should be freely granted.  *Foman v. Davis*, 371 U.S. 178, 182 (1962).  Pursuant to a case management order, parties were given until November 16, 2006, to seek leave to amend pleadings or add new parties.  This motion was filed on that day.  Also, defendant has filed a statement of non-opposition, and no bad faith motive is apparent here.  Plaintiffs have shown good cause to amend their complaint.

For all the above-stated reasons, plaintiffs' motion is **GRANTED**.  No further argument being necessary, the hearing is hereby **VACATED.**

**IT IS SO ORDERED.**

Dated:  January 4, 2007

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

**United States District Court**  
For the Northern District of California