United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXPRESS MEDIA GROUP, LLC, ET AL, and DVD.COM, Inc.,

    Plaintiffs,

  v.

EXPRESS CORPORATION and GREGORY RICKS,

    Defendants.

No. C 06-03504 WHA

**ORDER REQUESTING FURTHER INFORMATION**

    In short memoranda (five double-spaced pages or fewer), parties should address the following issue: if summary judgment is granted on plaintiffs' conversion claim, to what extent will parties continue to litigate the remaining three claims?  Submissions should be filed no later than **MAY 4, 2007, AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE