United States District Court

For the Northern District of California

1
2
3
4
5
6                              IN THE UNITED STATES DISTRICT COURT
7
8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   EXPRESS MEDIA GROUP, LLC, and                    No. C 06-03504 WHA
     DVD.COM, INC.,
11
                    Plaintiffs,
12
        v.                                            **ORDER RE OPPOSITION TO
13                                                    MOTION TO FILE AMENDED
     EXPRESS CORPORATION and GREGORY                  ANSWER**
14   RICKS,
15                  Defendants.
16   _____/
17
          Contrary to plaintiffs' view, the undersigned did not rule from the bench on defendants'
18
     motion to file an amended answer at the hearing held on April 26, 2007.  Plaintiffs' counsel was
19
     informed of this by the Courtroom Deputy Clerk.  Despite this, plaintiffs still failed to timely
20
     file an opposition to defendants' motion.  As such, the motion is currently unopposed.  Plaintiffs
21
     should file their opposition no later than **MONDAY, MAY 7, 2007, AT NOON**.
22
23        **IT IS SO ORDERED.**
24
25   Dated:  May 4, 2007.                             _____
26                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
27
28