1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    EXPRESS MEDIA GROUP, LLC,
      and DVD.COM, INC.,
11                                                   No. C 06-03504 WHA

12            Plaintiffs,

13       v.                                          **ORDER EXTENDING DEADLINE
                                                     RE MOTIONS TO COMPEL**
14    EXPRESS CORPORATION
      and GREGORY RICKS,
15
              Defendants.
16    _____/

17           Both parties are **GRANTED** an additional seven days within which to file any motions to

18    compel.

19

20           **IT IS SO ORDERED.**

21

22    Dated:  May 8, 2007.                          _____
23                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California