IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MEDIA GROUP, LLC, ET AL, and DVD.COM, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS CORPORATION and GREGORY RICKS, <br><br> Defendants. | No. C 06-03504 WHA <br><br> **ORDER SETTING AMOUNT OF BOND** |

Pursuant to the granting plaintiffs' motion for partial summary judgment, plaintiffs are ordered to pay a bond in the amount of $200,000 pending resolution of appeals in this action.

**IT IS SO ORDERED.**

Dated:   July 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE