IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MEDIA GROUP, LLC, ET AL, and DVD.COM, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS CORPORATION and GREGORY RICKS, <br><br> Defendants. | No. C 06-03504 WHA <br><br> **ORDER RE BOND PENDING APPEAL** |

The Court has received a letter dated August 2, 2007, from plaintiffs' counsel regarding the issue of posting a cash bond pending appeal. Plaintiffs are ordered to promptly electronically file a copy of that letter.

Defendants should file a response to plaintiffs' letter explaining the Court's authority to order plaintiffs to post a cash bond pending appeal no later than **AUGUST 9, 2007.**

**IT IS SO ORDERED.**

Dated: August 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE