IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MEDIA GROUP, LLC, ET AL, and DVD.COM, Inc.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXPRESS CORPORATION and GREGORY RICKS,<br><br>    Defendants.<br>_____/ | No. C 06-03504 WHA<br><br>**ORDER REQUIRING PLAINTIFFS TO DEPOSIT REGISTRAR'S CERTIFICATE** |

The order requiring plaintiffs to post a bond of $200,000 pending appeals in this action is hereby **VACATED**. Defendants' request to consider their letter brief a motion to stay judgment pending appeal under Rule 62(f) is **DENIED**. Judgment has already been executed in this action. Plaintiffs will retain control and possession of the domain name express.com. They will, however, be required to deposit the registrar's certificate with the Clerk of Court. This must be done no later than **AUGUST 22, 2007.**

    **IT IS SO ORDERED.**

Dated: August 15, 2007.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE