IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXPRESS MEDIA GROUP, LLC, ET AL, and DVD.COM, Inc.,

    Plaintiffs,

  v.

EXPRESS CORPORATION and GREGORY RICKS,

    Defendants.

No. C 06-03504 WHA

**ORDER RE PLAINTIFFS' FAILURE TO OBTAIN REGISTRAR'S CERTIFICATE**

The Court has received plaintiffs' letter regarding its inability to obtain a registrar's certificate from Network Solutions. It is extremely distressing to note that plaintiffs proposed depositing the registrar's certificate without actually having such a certificate or being certain that they can obtain one. Plaintiffs have until **SEPTEMBER 7, 2007**, to obtain a registrar's certificate and deposit it with the Court.

Plaintiffs and each of them are forbidden from transferring or otherwise alienating the domain name express.com during the pendency of any appeal in this action. If plaintiffs transfer the domain name during the pendency of the appeal, they will be held in contempt.

**IT IS SO ORDERED.**

Dated: August 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE