IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MEDIA GROUP, LLC, ET AL, and DVD.COM, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS CORPORATION and GREGORY RICKS, <br><br> Defendants. / | No. C 06-03504 WHA <br><br> **ORDER RE DEPOSIT OF REGISTRAR'S CERTIFICATE** |

The Court has received plaintiff's letter regarding efforts to obtain a registrar's certificate. Plaintiffs must deposit the registrar's certificate with the Court no later than **WEDNESDAY, SEPTEMBER 12, 2007**. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: September 11, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE